UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BAYERCROPSCIENCE, LP, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:10-CV-559-F
)
NUFARM AMERICAS, INC., )
        Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss Amended Complaint is ALLOWED. All other pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on March 30, 2012, and Copies To:**

Daniel G. Cahill (CM/ECF Notice of Electronic Filing)
Gary J. Rickner (CM/ECF Notice of Electronic Filing)
Melody Carroll Ray-Welborn (CM/ECF Notice of Electronic Filing)

DATE                            JULIE A. RICHARDS, CLERK
March 30, 2012               /s/ Susan K. Edwards
                                    (By) Susan K. Edwards, Deputy Clerk